UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-22932-ALTMAN/Reid

**JUAN CARLOS GIL**,

    *Plaintiff*,

*v.*

**WELLS FARGO BANK, N.A.**,

    *Defendant*.

_____/

**ORDER**

The parties have resolved their dispute. *See* Notice of Settlement [ECF No. 12]. Accordingly, we hereby **ORDER AND ADJUDGE** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal on or before **November 30, 2022**.

2. If the parties fail to complete the expected settlement, any party may ask the Court to reopen the case.

3. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida, this 31st day of October 2022.

                                                        **ROY K. ALTMAN**
                                                        **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record